# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1923
_____

JOHN SCOLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

February 8, 2019

PER CURIAM.

AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Scoles, pro se, Appellant.

Ashley B. Moody, Attorney General, and Charles J.F. Schreiber, Jr., Senior Assistant Attorney General, Tallahassee, for Appellee.